## Clougher Will.

Argued October 7, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Patrick A. Gleason,* with him *Gleason, Gleason, Gleason, DiFrancesco & Shahade,* for appellant.

*Earl F. Glock,* with him *Glock and Mayer,* for appellees.

OPINION PER CURIAM, January 7, 1971:
Decree affirmed. Appellant to pay costs.
Mr. Justice COHEN took no part in the decision of this case.